1 FAY E. MORISSEAU (Bar No. 159931)
DANIEL R. FOSTER (Bar No. 179753)
2 JENNIFER L. YOKOYAMA (Bar No. 210387)
McDERMOTT, WILL & EMERY LLP
3 18191 Von Karman Avenue, Suite 500
Irvine, CA  92612-7108
4 Phone: 949.851.0633; Facsimile: 949.851.9348

5 MATTHEW E. LENO (Pro Hac Vice)
McDERMOTT, WILL & EMERY LLP
6 28 State Street, 34th Floor
Boston, MA  02109-1775
7 Phone: 617.535.4000; Facsimile: 617.535.3800

8 Attorneys for Plaintiff
FERRARIS RESPIRATORY, INC.
9
WARREN J. KRAUSS (Bar No. 49568)
10 JAMES YUANXIN LI (Bar No. 135128)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
11 One Market Plaza
Steuart Tower, 8th Floor
12 San Francisco, CA 94105
Phone: 415.781.7900; Facsimile: 415.781.2635
13
Attorneys for Defendants
14 ALLIANCE TECH MEDICAL, INC. and
JOHN SNOBARGER
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

| 19 | FERRARIS RESPIRATORY, INC., | CASE NO. 1:05-CV-01260-REC-DLB |
|---|---|---|
| 20 | Plaintiff, | |
| 21 | v. | **STIPULATED SUPPLEMENT TO SCHEDULING ORDER** |
| 22 | ALLIANCE TECH MEDICAL, INC.; JOHN SNOBARGER, | **Scheduling Conference:** |
| 23 | | **    January 24, 2006** |
| | Defendants. | **Time:  9:00 a.m.** |
| 24 | | **Courtroom:  5** |

25

26

27

28

1      WHEREAS, Plaintiff Ferraris Respiratory, Inc. ("Plaintiff"), and Defendants Alliance Tech

2   Medical, Inc. and John Snobarger (collectively "Defendants") participated in the January 24, 2006,

3   scheduling conference in this matter.

4      WHEREAS, the Magistrate Judge indicated that the Court would adopt Defendants'

5   proposed pre-trial dates on Page 12 of the parties' Joint Report of Rule 26(f) Conference.  See,

6   attached Joint Report, Exh. A.

7      WHEREAS, the Scheduling Order filed on February 13, 2006, set the Claims Construction

8   Date for September 19, 2006 (i.e., the date proposed by Defendants) but is silent as to the pre-Claims

9   Construction Hearing dates set forth on Page 12 of the Joint Report.  See, Scheduling Order, Exh. B.

10      The parties hereby stipulate and request that the Scheduling Order be supplemented to add

11   the following dates:

| EVENT | DEADLINE |
| --- | --- |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompanying Preliminary Invalidity Contentions.  See, USDC, Northern District of California, Patent Local Rule 3-3 and 3-4. | March 21, 2006 |
| Preliminary Invalidity Contentions | 45 days after service of Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompanying Preliminary Invalidity Contentions |
| Exchange of Proposed Terms and Claim Elements for Construction | May 15, 2006 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 2, 2006 |
| Joint Claim Constructions and Pre-Hearing Statement | June 30, 2006 |
| Completion of Claim Construction Discovery | July 28, 2006 |

**STIPULATED SUPPLEMENT TO SCHEDULING ORDER**
Ferraris Respiratory v. Alliance Tech Medical, Inc.
Case No. 1:05-CV-01260-REC-DLB

| EVENT | DEADLINE |
|-------|----------|
| Opening Claim Construction Briefs | August 14, 2006 |
| Responsive Claim Construction Briefs | August 28, 2006 |
| Reply Claim Construction Briefs | September 5, 2006 |

Respectfully submitted,

Dated:  March ___, 2006                    McDERMOTT, WILL & EMERY LLP


By:
Daniel R. Foster
Attorneys for Plaintiff
FERRARIS RESPIRATORY, INC.

Dated:  March ___, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:
James Yuanxin Li
Attorneys for Defendants
ALLIANCE TECH MEDICAL, INC., and
JOHN SNOBARGER

IT IS SO ORDERED.

Dated:  April 24, 2006


/s/ Dennis L. Beck
The Honorable Dennis L. Beck
United States Magistrate Judge

-3-
**STIPULATED SUPPLEMENT TO SCHEDULING ORDER**
Ferraris Respiratory v. Alliance Tech Medical, Inc.
Case No. 1:05-CV-01260-REC-DLB