WARREN J. KRAUSS (Bar No. 49568)
JAMES YUANXIN LI (Bar No. 135128)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
ALLIANCE TECH MEDICAL, INC. and
JOHN SNOBARGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARIS RESPIRATORY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANCE TECH MEDICAL, INC.; JOHN SNOBARGER,<br><br>　　　　Defendants. | CASE NO. 1:05-CV-01260-REC-DLB<br><br>**CORRECTED SUPPLEMENT TO SCHEDULING ORDER**<br><br>**Scheduling Conference:**<br>　　**January 24, 2006**<br>**Time:  9:00 a.m.**<br>**Courtroom:  5** |

-1-
**CORRECTED [PROPOSED] SUPPLEMENT TO SCHEDULING ORDER**
Ferraris Respiratory v. Alliance Tech Medical, Inc.
Case No. 1:05-CV-01260-REC-DLB

1   WHEREAS, Plaintiff Ferraris Respiratory, Inc. ("Plaintiff"), and Defendants Alliance Tech
2   Medical, Inc. and John Snobarger (collectively "Defendants") participated in the January 24, 2006,
3   scheduling conference in this matter.
4   WHEREAS, the Magistrate Judge indicated that the Court would adopt Defendants'
5   proposed pre-trial dates on Page 12 of the parties' Joint Report of Rule 26(f) Conference.  See, Joint
6   Report, Exh. A.
7   WHEREAS, the Scheduling Order filed on February 13, 2006, set the Claims Construction
8   Date for September 19, 2006 (i.e., the date proposed by Defendants) but is silent as to the pre-Claims
9   Construction Hearing dates set forth on Page 12 of the Joint Report.  See, Scheduling Order, Exh. B.
10  WHEREAS, the Stipulated Supplement to Scheduling Order entered on April 24, 2006,
11  contained drafting errors in the first two entries, which are indicated and corrected below.
12  IT IS HEREBY ORDERED THAT the Scheduling Order be supplemented to include the
13  following dates:

| EVENT | DEADLINE |
| --- | --- |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and ~~Document Production Accompanying Preliminary Invalidity Contentions.  See, USDC, Northern District of California, Patent Local Rule 3-3 and 3-4.~~ Document Production Accompanying Disclosure. See, USDC, Northern District of California, Patent Local Rule 3-2. | March 21, 2006 |
| Preliminary Invalidity Contentions | 45 days after service of Disclosure of Asserted Claims and Preliminary Infringement Contentions and ~~Document Production Accompanying Preliminary Invalidity Contentions~~ Document Production Accompanying Disclosure. |
| Exchange of Proposed Terms and Claim Elements for Construction | May 15, 2006 |

**CORRECTED [PROPOSED] SUPPLEMENT TO SCHEDULING ORDER**
Ferraris Respiratory v. Alliance Tech Medical, Inc.
Case No. 1:05-CV-01260-REC-DLB

| EVENT | DEADLINE |
|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 2, 2006 |
| Joint Claim Constructions and Pre-Hearing Statement | June 30, 2006 |
| Completion of Claim Construction Discovery | July 28, 2006 |
| Opening Claim Construction Briefs | August 14, 2006 |
| Responsive Claim Construction Briefs | August 28, 2006 |
| Reply Claim Construction Briefs | September 5, 2006 |

Respectfully submitted,

Dated:  April ___, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:
James Yuanxin Li
Attorneys for Defendants
ALLIANCE TECH MEDICAL, INC., and
JOHN SNOBARGER

IT IS SO ORDERED.

Dated:  May 22, 2006


　　　　　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　The Honorable Dennis L. Beck
　　　　　　　　　　　　　　　　United States Magistrate Judge

1  Approved as to Form:

2  Dated:  April ___, 2006                    McDERMOTT, WILL & EMERY LLP

3

4                                             By:
                                               Daniel R. Foster
5                                              Attorneys for Plaintiff
                                               FERRARIS RESPIRATORY, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
**CORRECTED [PROPOSED] SUPPLEMENT TO SCHEDULING ORDER**
Ferraris Respiratory v. Alliance Tech Medical, Inc.
Case No. 1:05-CV-01260-REC-DLB